IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VARIOUS PLAINTIFFS,<br><br>            Plaintiffs,<br><br>v.<br><br>VARIOUS DEFENDANTS,<br><br>            Defendants | This Document Relates to:<br>CVLO cases on the attached Exhibit "A" |

### Certain Plaintiffs' Motion to Voluntarily Dismiss Donaldson Company Pursuant to Fed. R. Civ. P. 41(a)(2)

Plaintiffs move to dismiss defendant Donaldson Company from their actions without prejudice and with each party to bear its own costs. Federal Rule of Civil Procedure 41(a)(2) provides for such dismissal with good cause: "[A]n action may be dismissed at the plaintiff's request... on terms that the court considers proper." Here, the terms are proper, as plaintiffs' seek to efficiently dismiss Donaldson Company across multiple cases.

WHEREFORE, plaintiffs on the attached Exhibit A pray this Honorable Court enter an order dismissing Donaldson Company, without prejudice and with each party to bear it's own costs, with plaintiffs' cases to proceed against their remaining defendants.

Dated: May 15, 2014

/S/ Michael P. Cascino
One of Plaintiffs' Attorneys
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
ecf.cvlo@gmail.com