IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS         :   Consolidated Under
LIABILITY LITIGATION (No. VI)    :   MDL DOCKET NO. 875

PRUST

v.

VARIOUS DEFENDANTS               :   E.D. Pa Case No. 13-60021

FILED FEB 27 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

WI-W-13-00654

## O R D E R

**AND NOW**, this **26th** day of **February, 2014**, it is hereby **ORDERED** that Plaintiff's complaint is **DISMISSED** and the case be marked **CLOSED**.[1]

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[1] Plaintiff's complaint was dismissed with leave to refile by February 21, 2014. Plaintiff has failed to file an amended complaint. Accordingly, the case shall be marked closed.

EXHIBIT 7